DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. BELMONT, et al,         )<br>                                                           )<br>            Plaintiffs,                         )<br>                                                           )<br>  v.                                                   )<br>                                                           )<br>                                                           )<br>COUNTY OF SAN MATEO,        )<br>                                                           )<br>            Defendant.                        )<br>_____) | Case No.: 4:05-cv-03192-SBA (EMC)<br><br>**STIPULATION AND ORDER RE CONTINUING DATES IN ORDER FOR PRETRIAL PREPARATION** |

   Plaintiffs Robert G. Belmont, et al. and Defendant County of San Mateo, through their respective counsel, respectfully submit the following stipulation and request:

1. On August 18, 2005, Plaintiffs filed a complaint in this court. On September 26, 2005, Defendant filed an answer to this complaint.

2. On December 14, 2005 this court issued an order for pretrial preparation.

3. Throughout this litigation, the parties have engaged in extensive settlement discussions in an effort to resolve this matter amicably and to avoid expending substantial costs in litigation. In April of 2006, the parties reached a tentative settlement. In April of 2006, the Board of Supervisors approved the tentative settlement.

4. From May of 2006 until November of 2006, the Defendant's accounting department has expended significant hours reprogramming their payroll system to conform with the terms of the

1 settlement agreement and to calculate back pay payments pursuant to the settlement terms.

2 5. In November of 2006, the Defendant provided Plaintiffs' counsel with sample calculations of
3 the new payroll system and proposed back pay payments for the Plaintiffs.  A dispute arose between
4 the parties over the methodology of calculating back pay payments.

5 6. The parties with the assistance of their accounting experts have been meeting and conferring
6 in an effort to finalize the back pay calculations due to Plaintiffs.  The parties anticipate a final
7 settlement in this case within sixty (60) days.

8 7. With the exception of the of mandatory settlement conference set for February 15, 2007, the
9 parties respectfully request that this court continue all dates in the order for pretrial preparation for one
10 hundred twenty (120) days.

11 8. Good cause exists to grant the continuance because it would save the parties and the court
12 resources and time if the parties can settle this case informally.

13 RESPECTFULLY SUBMITTED.

14 **MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**

15 Dated: December 5, 2006

16 By: /s/ David E. Mastagni
DAVID E. MASTAGNI,
17 Attorney for Plaintiffs
Dated: December 5, 2006

18 By: /s/ John D. Nibbelin
JOHN D. NIBBELIN,
19 Attorney for Defendant

20

21 ORDER

22 IT IS HEREBY ORDERED THAT the Stipulation continuing the dates in the order for pretrial
23 preparation is GRANTED.  The parties are ordered to meet and confer regarding a revised schedule for
24 pretrial preparation, and to contact the clerk to schedule new dates, within 10 days of the date of this
25 Order.  IT IS SO ORDERED.

26 Dated: 12/11/06
27 HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

28

Stipulation and [Proposed] Order Re                    *Belmont, et al.* v. *City of San Mateo*
Extending Time           -2-              C 05-3192 MEJ